**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:     W.J Billy Devillier and Paula Winser v. A.P. Leonards and Mildred G. Leonards

Appellate case number:   01-20-00223-CV

Trial court case number:  P03986A

Trial court:                    County Court of Chambers County, Texas

It is ordered that the motion for rehearing is **denied**. *See* TEX. R. APP. P. 49.3.


Judge's signature: _____ /s/ Russell Lloyd _____
                                    Acting for the Court

Panel consists of Justices Keyes, Lloyd, and Landau.

Keyes, J., dissenting to the denial of rehearing.

Date: December 31, 2020